# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2014

Robert P. Young, Jr.,
Chief Justice

148062

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JOSEPH LEE BROCKITT,
      Defendant-Appellant.

SC: 148062
COA: 311042
Sanilac CC: 12-006940-FC

_____/

      On order of the Court, the application for leave to appeal the September 26, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2014



t0325

Clerk